**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: G.C., A MINOR | : No. 210 WAL 2015 |
| | : |
| PETITION OF: BEDFORD COUNTY | : Petition for Allowance of Appeal from the |
| CHILDREN AND YOUTH SERVICES | : Order of the Superior Court |

| | |
|---|---|
| IN THE INTEREST OF: G.C., A MINOR | : No. 211 WAL 2015 |
| | : |
| PETITION OF: T.C., NATURAL FATHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

| | |
|---|---|
| IN THE INTEREST OF: G.C., A MINOR | : No. 212 WAL 2015 |
| | : |
| PETITION OF: T.C., NATURAL FATHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

| | |
|---|---|
| IN THE INTEREST OF: G.C., A MINOR | : No. 215 WAL 2015 |
| | : |
| PETITION OF: G.C., A MINOR | : Cross Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

| | |
|---|---|
| IN THE INTEREST OF: G.C., A MINOR | : No. 262 WAL 2015 |
| | : |
| PETITION OF: C.C., NATURAL MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 18th day of August, 2015, the Petitions for Allowance of Appeal

and Cross Petition for Allowance of Appeal are **DENIED**.